**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Texas__
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual 12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: SafeBuy, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   2 7 - 2 6 3 2 7 6 4
   EIN

5. **Debtor's address**

   **Principal place of business**

   552   S. Buckner Boulevard
   Number   Street

   Dallas     TX   75217
   City       State  ZIP Code

   Dallas
   County

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City       State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____

   _____
   City       State   ZIP Code

Official Form 205      Involuntary Petition Against a Non-Individual      page 1

Debtor  **SafeBuy, LLC**
        _Name_

Case number _(if known)_ _____

| | | |
|---|---|---|
| 6. | Debtor's website (URL) | Not Known |

| | | |
|---|---|---|
| 7. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | Type of debtor's business | _Check one:_<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the types of business listed.<br>☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☒ No<br>☐ Yes. Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>MM / DD / YYYY<br><br>Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| 10. | Venue | _Check one:_<br>☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>_At least one box must be checked:_<br>☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  **SafeBuy, LLC**
        Name

Case number (*if known*) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Chupacabra, Ltd. | Loan | $ 138,000 |
| The Thor Johnston Family Trust | Loan | $ 1,000,000 |
| Tim Turner | Loan | $ 500,000 |
| | Total of petitioners' claims | $ 1,638,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Chupacabra, Ltd.
Name

5151 Belt Line Road, Suite 77
Number   Street

Dallas                TX        75254
City                  State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/14/2019
             MM / DD / YYYY

x *Gre Smith* (signature)
Signature of petitioner or representative, including representative's title

### Attorneys

Arnaldo N. Cavazos, Jr.
Printed name

Cavazos Hendricks Poirot P.C.
Firm name, if any

900   Jackson Street, Suite 570
Number   Street

Dallas              TX        75202
City                State     ZIP Code

Contact phone  214-573-7300    Email  acavazos@chfirm.com

Bar number  04025300

State  Texas

x *(signature)*
Signature of attorney

Date signed  09/14/2019
             MM / DD / YYYY

Debtor: **SafeBuy, LLC** (Name)

Case number (if known): _____

**Name and mailing address of petitioner**
The Thor Johnston Family Trust (Name)
10972 Tularosa Lane (Number Street)
Frisco, TX 75033 (City, State, ZIP Code)

**Name and mailing address of petitioner's representative, if any**
_____ (Name)
_____ (Number Street)
_____ (City, State, ZIP Code)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/14/2019 (MM/DD/YYYY)

X _/s/ Jason Johnston_
Signature of petitioner or representative, including representative's title

Arnaldo N. Cavazos, Jr.
Printed name
Cavazos Hendricks Poirot, P.C.
Firm name, if any
900 Jackson Street, Suite 570
Number Street
Dallas, TX 75202
City, State, ZIP Code
Contact phone: 214-573-7300    Email: acavazos@chfirm.com
Bar number: 04025300
State: Texas

X _/s/ Arnaldo N. Cavazos_
Signature of attorney
Date signed: 09/14/2019 (MM/DD/YYYY)

---

**Name and mailing address of petitioner**
Tim Turner (Name)
7042 Midcrest Drive (Number Street)
Dallas, TX 75254 (City, State, ZIP Code)

**Name and mailing address of petitioner's representative, if any**
_____ (Name)
_____ (Number Street)
_____ (City, State, ZIP Code)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM/DD/YYYY)

X _____
Signature of petitioner or representative, including representative's title

Arnaldo N. Cavazos, Jr.
Printed name
Cavazos Hendricks Poirot, P.C.
Firm name, if any
900 Jackson Street, Suite 570
Number Street
Dallas, TX 75202
City, State, ZIP Code
Contact phone: 214-573-7300    Email: acavazos@chfirm.com
Bar number: 04025300
State: Texas

X _____
Signature of attorney
Date signed: _____ (MM/DD/YYYY)

---

Official Form 205 — Involuntary Petition Against a Non-Individual — page 4

| Debtor | SafeBuy, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**Name and mailing address of petitioner**
The Thor Johnston Family Trust
Name

10972 Tularosa Lane
Number  Street

Frisco                        TX           75033
City                          State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City          State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Arnaldo N. Cavazos, Jr.
Printed name

Cavazos Hendricks Poirot, P.C.
Firm name, if any

900 Jackson Street, Suite 570
Number  Street

Dallas                        TX           75202
City                          State        ZIP Code

Contact phone  214-573-7300  Email  acavazos@chfirm.com

Bar number  04025300

State  Texas

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**
Tim Turner
Name

7042 Midcrest Drive
Number  Street

Dallas                        TX           75254
City                          State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City          State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/14/2019
            MM / DD / YYYY

✗ _[signature]_
Signature of petitioner or representative, including representative's title

---

Arnaldo N. Cavazos, Jr.
Printed name

Cavazos Hendricks Poirot, P.C.
Firm name, if any

900 Jackson Street, Suite 570
Number  Street

Dallas                        TX           75202
City                          State        ZIP Code

Contact phone  214-573-7300  Email  acavazos@chfirm.com

Bar number  04025300

State  Texas

✗ _[signature]_
Signature of attorney

Date signed  09/14/2019
            MM / DD / YYYY