**Fill in this information to identify the case:**

Debtor name ___Safebuy, LLC_____

United States Bankruptcy Court for the: ___Northern District of Texas___
(State)

Case number (If known): ___19-33084-sgj___

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:   Summary of Assets

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................................

   $ ____989,045.07

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................

   $ ____989,045.07

---

### Part 2:   Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................

   $ _____0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................

   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ....................................

   +$ ____17,902,197.94

4.  **Total liabilities** .......................................................................................................
   Lines 2 + 3a + 3b

   $ ____17,902,197.94

**Fill in this information to identify the case:**

Debtor name ___Safebuy, LLC_____

United States Bankruptcy Court for the: __Northern District of Texas___

Case number (If known): ___19-33084-sgj_____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. WELLS FARGO | CHECKING | ___ ___ ___ ___ | $ 5,000.00 |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 5,000.00

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor    Safebuy, LLC
Name
Case number (*if known*)  19-33084-sgj

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔    $_____
                          face amount              doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔    $_____
                       face amount              doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                      % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    Safebuy, LLC _____    Case number (if known) __19-33084-sgj__
          Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Safebuy, LLC
          _____    Case number (if known) __19-33084-sgj__
          Name

**33.  Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.    $_____

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39.  Office furniture**<br>See Schedule A/B Part 7, Question 39 Attachment | $_____ | Replacement Cost | $ 19,094.62 |
| **40.  Office fixtures** | $_____ | _____ | $_____ |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42.  Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43.  Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.    $ 19,094.62

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____    Case number (if known) __19-33084-sgj__
            Safebuy, LLC
            Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  See Schedule A/B Part 8, Question 47 Attachment | $_____ | NADA | $ 44,500.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See Schedule A/B Part 8, Question 50 Attachment | $_____ | Replacement Cost | $ 11,974.80 |

51. **Total of Part 8.**                                                                                    $ 56,474.80

     Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Safebuy, LLC _____    Case number (if known)__19-33084-sgj__
        Name

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor    Safebuy, LLC
          _____    Case number (if known)___19-33084-sgj___
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)
See Schedule A/B Part 11, Question 71 Attachment    908,475.65    —    _UNKNOWN_____    = ➜    $ 908,475.65
                                                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $ 908,475.65

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    Safebuy, LLC
_____    Case number (if known) ___19-33084-sgj___
         Name

---

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 0.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 19,094.62 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 56,474.80 | |
| 88. **Real property.** Copy line 56, Part 9. ............................................... ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 908,475.65 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............................91a. | $ 984,045.07 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................... 984,045.07   $ 984,045.07

**Fill in this information to identify the case:**

Debtor name _____Safebuy, LLC_____

United States Bankruptcy Court for the: __Northern District of Texas__

Case number (If known): ____19-33084-sgj_____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
    ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br><br>_____<br><br>Creditor's mailing address<br><br>_____<br>_____<br><br>Creditor's email address, if known<br><br>_____<br><br>Date debt was incurred _____<br>Last 4 digits of account number _____<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor, | **Describe debtor's property that is subject to a lien**<br><br><br><br><br><br>**Describe the lien**<br>_____<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| **2.2** Creditor's name<br><br>_____<br><br>Creditor's mailing address<br><br>_____<br>_____<br><br>Creditor's email address, if known<br><br>_____<br><br>Date debt was incurred _____<br>Last 4 digits of account number _____<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>   ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>   ☐ Yes. The relative priority of creditors is specified on lines _____ | **Describe debtor's property that is subject to a lien**<br><br><br><br><br><br>**Describe the lien**<br>_____<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                                        $_____

**Fill in this information to identify the case:**

Debtor    Safebuy, LLC

United States Bankruptcy Court for the:   Northern District of Texas

Case number
(if known)   19-33084-sgj

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor ___Safeboy LLC_____    Case number _(if known)_ _19-33084-sgj_
           Name

| Part 2: | List All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
A. E. Smith, CPA
12700 Park Central Dr
Suite 408
Dallas, TX, 75251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,125.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Acute Care Partners
c/o Pershing Advisor's Solutions
1 Pershing Plaza , 4th Floor
Jersey City, NJ, 07399

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 250,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Anthony, Mark
3616 Euclid Avenue
Dallas, TX, 75205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 500,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Autozone
123 S. Front Street
Memphis, TN, 38103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 60,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Baker, Jane
1112 Arthurs Court
Wylie, TX, 75098-7542

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 225,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Baker, Mark
1418 Paddle Court
Ft. Collins, CO, 80521-1145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Nora Baker is cocreditor

$ 50,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Safeboy LLC
         Name

Case number *(if known)*  19-33084-sgj

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 7   **Nonpriority creditor's name and mailing address**

Baker, Nora
1418 Paddle Court
Ft. Collins, CO, 80521-1145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Mark Baker is cocreditor

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8   **Nonpriority creditor's name and mailing address**

Bederman, Olga
4208 Nasmyth Drive
Plano, TX, 75093-6838

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 50,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 9   **Nonpriority creditor's name and mailing address**

Bradshaw, Chad
2921 Rosedale Avenue
University park, TX, 75205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 100,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 10   **Nonpriority creditor's name and mailing address**

Bright, James
5151 Beltline
Dallas, TX, 75254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 300,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 11   **Nonpriority creditor's name and mailing address**

Bright, Janet
3888 Navarro Way
Frisco, TX, 75034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 300,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Safeboy LLC | Case number *(if known)* | 19-33084-sgj |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Brin's Incorporated
P.O. Box 101031
Atlanta, GA, 30392-1031

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 35,753.90**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Carr Family Revocable Trust
434 Country Side Lane
Richardson, TX, 75081

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 57,810.95**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Chace, Kerry
222 S. Racine Avenue
#311
Chicago, IL, 60607

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 150,000.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Chupacabra, Ltd.
5151 Beltline Road
Dallas, TX, 75254

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 138,000.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

City of Dallas
P.O. Box 650302
Dallas, TX, 75265

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 400.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor ___Safeboy LLC_____    Case number _(if known)_ ___19-33084-sgj___
       Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Comegys Protect Cell
5151 Beltine Road
Suite 700
Dallas, TX, 75254

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.18** Nonpriority creditor's name and mailing address

Corinth Protected Cell
5151 Beltine Road

Dallas, TX, 75254

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,200,000.00

---

**3.19** Nonpriority creditor's name and mailing address

Dallas County
c/o Linebarger et al
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX, 75207

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.20** Nonpriority creditor's name and mailing address

De Vilbiss, Willard
1112 Arthurs Court
Wylie, TX, 75098

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 25,000.00

---

**3.21** Nonpriority creditor's name and mailing address

Dealer Socket
P.O. Box 843876
Los Angeles, CA, 90084-3876

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 30,000.00

---

Debtor _____Safebuy LLC_____
        Name

                                                    Case number _(if known)_ __19-33084-sgj__

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.22**  **Nonpriority creditor's name and mailing address**

Entrust Retirement Services, Inc.
fbo Sherry B. Carr IRA
17171 Park Row, 100
Houston, TX, 77084

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 16,507.10

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23**  **Nonpriority creditor's name and mailing address**

Equity Trust Company
fbo Kathleen Kurtz
P.O. Box 45134
Westlake, OH, 44145

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 46,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24**  **Nonpriority creditor's name and mailing address**

Equity Trust Company
fbo Richard Hibbs
P.O. Box 451340
Westlake, OH, 44145

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 186,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25**  **Nonpriority creditor's name and mailing address**

Equity Trust Company
fbo Michael Rutkoski
P.O. Box 451340
Westlake, OH, 44145

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 345,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26**  **Nonpriority creditor's name and mailing address**

Equity Trust Company
fbo Gregory Smith
P.O. Box 451340
Westlake, OH, 451

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 213,984.87

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Safeby LLC_____    Case number _(if known)___19-33084-sgj____
       Name

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.27**  Nonpriority creditor's name and mailing address

Equity Trust Company
fbo Monserrat D. Smith Acct. 121251
P.O. Box 451340
Westlake, OH, 44145

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 67,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.28**  Nonpriority creditor's name and mailing address

Equity Trust Company
fbo Deborah Klein
P.O. Box 451340
Westlake, OH, 44145

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 96,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.29**  Nonpriority creditor's name and mailing address

Equity Trust Company
fbo Frederick Feigl
P.O. Box 451340
Westlake, OH, 44145

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 37,500.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.30**  Nonpriority creditor's name and mailing address

Equity Trust Company
fbo Susan F Hibbs
P.O. Box 451340
Westlake, OH, 44145

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 37,500.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.31**  Nonpriority creditor's name and mailing address

Fairlane Fixed Income Fund, LLC
1919 McKinney Avenue
Dallas, TX, 75201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,000,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

Debtor ___Safeboy LLC_____ Case number (if known)___19-33084-sgj___
     Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

Farmer, Valerie
3208 Latham Drive
Dallas, TX, 75229-3844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 40,000.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.33** **Nonpriority creditor's name and mailing address**

Feigl, Frederick
4212 Greenbrier Drive
Dallas, TX, 75225

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 463,000.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.34** **Nonpriority creditor's name and mailing address**

Glazer Business Investments
3322 Shorecrest Drive
Suite 210A
Dallas, TX, 75235

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,000,000.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.35** **Nonpriority creditor's name and mailing address**

Hooper, Lidji Dorey
500 N. Akard Street
Suite 3500
Dallas, TX, 75201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 71,872.78

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.36** **Nonpriority creditor's name and mailing address**

HP-MVP Holding Company
701 S. Buckner Blvd.
Dallas, TX, 75217

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 8,649.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor  Safeboy LLC
          Name

Case number (if known)  19-33084-sgj

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.37** Nonpriority creditor's name and mailing address

Huddleston, Jim
2413 Creekside South
Irving, TX, 75063-3356

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200,000.00

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.38** Nonpriority creditor's name and mailing address

IRA Services Trust Company
fbo Edward Geehr IRA 454928
P.O. Box 7080
San Carlos, CA, 94070-7080

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 990,000.00

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.39** Nonpriority creditor's name and mailing address

Jacobs, Phillip
10220 Memorial Drive, 119
Houston, TX, 77024

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 700,000.00

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.40** Nonpriority creditor's name and mailing address

Jameson & Dunagan Corp.
5429 LBJ Freeway, 700
Dallas, TX, 75240

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,016.29

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.41** Nonpriority creditor's name and mailing address

Johnson, Emery
5711 Bordeaux Avenue
Dallas, TX, 75209

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176,163.00

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor _____Safeboy LLC_____    Case number _(if known)_ ___19-33084-sgj___
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.42**  **Nonpriority creditor's name and mailing address**

Johnson, Robert C.
4301 Greenbriar
Dallas, TX, 75225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 158,211.30

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43**  **Nonpriority creditor's name and mailing address**

Karlock, Kendra
4502 Abbot Avenue, 211
Dallas, TX, 75205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 400,000.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44**  **Nonpriority creditor's name and mailing address**

Kelly, Kim
3707 Calle Cortejo
Rancho Santa Fe, CA, 92091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500,000.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.45**  **Nonpriority creditor's name and mailing address**

Kelly, Thomas
3108 Southwestern
Dallas, TX, 75225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500,000.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46**  **Nonpriority creditor's name and mailing address**

Kurtz, Kathleen
5524 Conch Train Drive
McKinney, TX, 75070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28,500.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Safeboy LLC
         Name

Case number (if known)    19-33084-sgj

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47  Nonpriority creditor's name and mailing address**

Lemieux Holdings LLC
420 De Sola Terrace
Corona Del Mar, CA, 92625

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 222,755.00

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48  Nonpriority creditor's name and mailing address**

Lohse, Albert R.
30 Dandalwood
Houston, TX, 77024

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300,000.00

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49  Nonpriority creditor's name and mailing address**

McLean, Brendan David
3004 Amesbury Drive
Plano, TX, 75093

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**  Alison Mill is cocreditor

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50  Nonpriority creditor's name and mailing address**

Meyers, Gary & Karen
2303 Creekside Circle North

Irving, TX, 75063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300,000.00

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51  Nonpriority creditor's name and mailing address**

Mid Atlantic Finance Company
4592 Ulmerton Road
Suite 200
Clearwater, FL, 33762

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Safeboy LLC
        Name

Case number *(if known)*  19-33084-sgj

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 52**  **Nonpriority creditor's name and mailing address**

Miller, Allison
3004 Amesbury Drive
Plano, TX, 75093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Brendan MClean is cocreditor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 50,000.00

---

**3. 53**  **Nonpriority creditor's name and mailing address**

Miller, Stephen
3004 Amesbury Drive
Plano, TX, 75093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 200,000.00

---

**3. 54**  **Nonpriority creditor's name and mailing address**

Mobley, Stephen
6315-D Bandera Avenue
Unit D
Dallas, TX, 75225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 200,000.00

---

**3. 55**  **Nonpriority creditor's name and mailing address**

Moore, Tim
1515 Emerald Plaza
College Station, TX, 77845

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 200,000.00

---

**3. 56**  **Nonpriority creditor's name and mailing address**

Nguyen, Son
c/o Law Office of Robert Buchholz PC
420 S. Cesar Chavez Blvd., 300
Dallas, TX, 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 100,000.00

---

Debtor ___Safeboy LLC_____    Case number _(if known)_ ___19-33084-sgj___
       Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57**    **Nonpriority creditor's name and mailing address**

Nguyen, Thanh Le
100 Fanella Street
Belle Chasse, LA, 70037

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150,000.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.58**    **Nonpriority creditor's name and mailing address**

Ogletree & Deakins
50 International Drive
Suite 300
Greenville, SC, 29615

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 294.30

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.59**    **Nonpriority creditor's name and mailing address**

Pitney Bowes
P.O. Box 55848
Sherman Oaks, CA, 91413

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 288.89

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.60**    **Nonpriority creditor's name and mailing address**

Pittman, Jack
7419 Crofton Drive
Dallas, TX, 75231

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30,000.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.61**    **Nonpriority creditor's name and mailing address**

Plainsman Tire
P.O. Box 678117

Dallas, TX, 75267

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 546.80

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor  Safeboy LLC
        Name                                          Case number *(if Known)*  19-33084-sgj

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.62**  **Nonpriority creditor's name and mailing address**

Podium
1650 W. Digital Drive
Lehi, UT, 84043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,345.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63**  **Nonpriority creditor's name and mailing address**

Prime Assets
4210 S. Industrial Drive
Suite 100
Austin, TX, 78744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 10,474.71

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64**  **Nonpriority creditor's name and mailing address**

Provident Trust Group
fbo Michael Blanceht
8880 W Sunset Rd
Las Vegas, NV, 89148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 400,100.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** CPTGTRA 17573

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65**  **Nonpriority creditor's name and mailing address**

Purdue Partners Management LLC
4212 Greenbriar Drive
Dallas, TX, 75225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 10,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66**  **Nonpriority creditor's name and mailing address**

Rook, Christine
8804 Saddlehorn Drive
#210
Irving, TX, 75063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 100,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Safeboy LLC_____   Case number *(if known)*___19-33084-sgj____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.67** **Nonpriority creditor's name and mailing address**

Rutkoski, Michael J.
2048 Houlton Lane
Apt. 8211
Plano, TX, 75025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 250,000.00

Date or dates debt was incurred     _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** **Nonpriority creditor's name and mailing address**

Sefton, Sharon
20205 Ronsdale
Franklin, MI, 48025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 12,500.00

Date or dates debt was incurred     _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69** **Nonpriority creditor's name and mailing address**

SH 2008 GST Trust
9027 Guildhall
Dallas, TX, 75238

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 30,000.00

Date or dates debt was incurred     _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address**

Souvannavong, Chan
5821 Barrier Reef Drive
Fort Worth, TX, 76179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 50,000.00

Date or dates debt was incurred     _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71** **Nonpriority creditor's name and mailing address**

Starks, Larry
7045 Oakbluff Drive

Dallas, TX, 75254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 100,000.00

Date or dates debt was incurred     _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Safeboy LLC | Case number *(if known)* | 19-33084-sgj |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72**    **Nonpriority creditor's name and mailing address**

Steelman, Susan S
3901 Turtle Creek Blvd.
Number 1
Dallas, TX, 75219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 150,000.00

---

**3.73**    **Nonpriority creditor's name and mailing address**

Stiles, Leeman
552 South Buckner Blvd.
Dallas, TX, 75217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 66,000.00

---

**3.74**    **Nonpriority creditor's name and mailing address**

Sunwest Trust Inc
fbo Claude Lemieux SEP IRA
10600 Menaul Blvd NE
Albuquerque, NM, 87112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 130,630.00

---

**3.75**    **Nonpriority creditor's name and mailing address**

Taylor, Avery M.
1112 Arthurs Court
Wylie, TX, 75098

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30,000.00

---

**3.76**    **Nonpriority creditor's name and mailing address**

Taylor, John Gage
1112 Arthurs Court
Wylie, TX, 75098

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30,000.00

---

Debtor  Safebuy LLC
        Name

Case number _(if known)_  19-33084-sgj

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.77** Nonpriority creditor's name and mailing address

TELLICO-RREAF, LLC
4245 N. Central Expressway
Suite 420
Dallas, TX, 75205

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 629,516.16

---

**3.78** Nonpriority creditor's name and mailing address

The Entrust Group
fbo Kimberly Kelly
555 12th Street, 1250
Oakland, CA, 94607

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 350,000.00

---

**3.79** Nonpriority creditor's name and mailing address

The Entrust Group
fbo T. Kelly
555 12th Street, 1250
Oakland, CA, 94607

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 350,000.00

---

**3.80** Nonpriority creditor's name and mailing address

The Jason Thor Johnston Family Trust
10972 Tularosa Lane
Frisco, TX, 75033

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,000,000.00

---

**3.81** Nonpriority creditor's name and mailing address

The Robert Carrozza 2011 Trust
2714 Routh Street
Dallas, TX, 75201

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 400,000.00

---

Debtor    Safeboy LLC
     Name

Case number (if known)    19-33084-sgj

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 82**   **Nonpriority creditor's name and mailing address**

Thomas B. Kelly, IRA
3108 Southwestern
Dallas, TX, 75225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 83**   **Nonpriority creditor's name and mailing address**

Turner, Elise
7042 Midcrest Drive
Dallas, TX, 75254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Tim Turner is a cocreditor

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 84**   **Nonpriority creditor's name and mailing address**

Turner, Tim
7042 Midcrest Drive
Dallas, TX, 75254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Elise Turner is a cocreditor

$ 500,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 85**   **Nonpriority creditor's name and mailing address**

Vincent A. Carrozza Revocable Trust
c/o robert Carrozza
2714 Routh Street
Dallas, TX, 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 600,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 86**   **Nonpriority creditor's name and mailing address**

Wayne, David
5609 Charlestown Drive
Dallas, TX, 75230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 150,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __Safeboy LLC_____    Case number _(if known)___19-33084-sgj__
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** ⁸⁷    Nonpriority creditor's name and mailing address

Westlake Flooring Company, LLC
4751 Wilshire Blvd.
Los Angeles, CA, 90010

As of the petition filing date, the claim is:        $ 33,858.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____        Is the claim subject to offset?
                                                    ☑ No
Last 4 digits of account number    _____        ☐ Yes

**3.** ⁸⁸    Nonpriority creditor's name and mailing address

XL Parts
15701 N. Freeway
Houston, TX, 77040

As of the petition filing date, the claim is:        $ 5,894.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____        Is the claim subject to offset?
                                                    ☑ No
Last 4 digits of account number    _____        ☐ Yes

**3.** ___    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:        $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____        Is the claim subject to offset?
                                                    ☐ No
Last 4 digits of account number    _____        ☐ Yes

**3.** ___    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:        $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____        Is the claim subject to offset?
                                                    ☐ No
Last 4 digits of account number    _____        ☐ Yes

**3.** ___    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:        $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____        Is the claim subject to offset?
                                                    ☐ No
Last 4 digits of account number    _____        ☐ Yes

Debtor _____Safetly,LLC_____    Case number _(if known)___19-33084-sgj___
       Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Arnold Cavazos<br>Cavazos Hendricks Poirot P.C.<br>900 Jackson Street, Suite 570<br>Dallas, TX, 75202 | Line 3.15<br>☐ Not listed. Explain: | _____ |
| 4.2. | Arnold Cavazos<br>Cavazos Hendricks Poirot P.C.<br>900 Jackson Street, Suite 570<br>Dallas, TX, 75202 | Line 3.84<br>☐ Not listed. Explain | _____ |
| 4.3. | Arnold Cavazos<br>Cavazos Hendricks Poirot P.C.<br>900 Jackson Street, Suite 570<br>Dallas, TX, 75202 | Line 3.80<br>☐ Not listed. Explain | _____ |
| 4.4. | Eric Wood<br>Brown Fox, PLLC<br>8111 Preston Road, Suite 300<br>Dallas, TX, 75225 | Line 3.64<br>☐ Not listed. Explain | _____ |
| 41. | J. Douglas Uloth<br>Uloth PC<br>5080 Spectrum Drive, Suite 1000 East<br>Addison, TX, 75001-4648 | Line 3.38<br>☐ Not listed. Explain | _____ |
| 4.5. | Law Office of Robert Buchholz, PC<br>420 S. Cesar Chavez Blvd., 300<br>Dallas, TX, 75201 | Line 3.57<br>☐ Not listed. Explain | _____ |
| 4.6. | Law Office of Robert Buchholz, PC<br>420 S. Cesar Chavez Blvd., 300<br>Dallas, TX, 75201 | Line 3.70<br>☐ Not listed. Explain | _____ |
| 4.7. | Michael Held<br>Jackson Walker, LLP<br>2323 Ross Avenue, Suite 600<br>Dallas, TX, 75201 | Line 3.34<br>☐ Not listed. Explain | _____ |
| 4.8. | Patrick Schurr<br>Scheef & Stone, LLP<br>2600 Network Blvd., Suite 400<br>Frisco, TX, 75034 | Line 3.39<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor  Sheaby, LLC
        Name

Case number (if known)  19-33084-sgj

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b.  + | $ 17,902,197.94 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 17,902,197.94 |

**Fill in this information to identify the case:**

Debtor name __Safebuy, LLC__

United States Bankruptcy Court for the: __Northern District of Texas__

Case number (If known): __19-33084-sgj__    Chapter __7__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease Lessee | HP-MVP Holding Company, LLC c/o Brian Shaw 900 N. Akard St, Suite 1900 Dallas, TX, 75201 |
| | State the term remaining | Expires 9/19/2021 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    Safebuy, LLC

United States Bankruptcy Court for the:  Northern District of Texas

Case number (If known):  19-33084-sgj

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| | |
|---|---|
| 1. | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |
| 2. | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2. |

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Leeman Stiles | Leeman Stiles<br>212 Birdcall Lane<br>Argyle, TX 76226 | XL Parts | ☐ D<br>☑ E/F<br>☐ G |
| 2.2<br><br>Leeman Stiles | Leeman Stiles<br>212 Birdcall Lane<br>Argyle, TX 76226 | TELLICO-RREAF, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.3<br><br>Doug Feigl | Doug Feigl<br>3322 Shorecrest Drive<br>Suite 210<br>Dallas, TX 75235 | TELLICO-RREAF, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.4<br><br>Leeman Stiles | Leeman Stiles<br>212 Birdcall Lane<br>Argyle, TX 76226 | Johnson, Robert C. | ☐ D<br>☑ E/F<br>☐ G |
| 2.5<br><br>Doug Feigl | Doug Feigl<br>3322 Shorecrest Drive<br>Suite 210<br>Dallas, TX 75235 | Johnson, Robert C. | ☐ D<br>☑ E/F<br>☐ G |
| 2.6<br><br>Leeman Stiles | Leeman Stiles<br>212 Birdcall Lane<br>Argyle, TX 76226 | Johnson, Emery | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Safebuy, LLC | | Case number *(if known)* 19-33084-sgj |
|--------|--------------|---|----------------------------------------|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2._7_ | Doug Feigl | Doug Feigl 3322 Shorecrest Drive Suite 210 Dallas, TX 75235 | Johnson, Emery | ☐ D ☑ E/F ☐ G |
| 2._8_ | Leeman Stiles | Leeman Stiles 212 Birdcall Lane Argyle, TX 76226 | Fairlane Fixed Income Fu | ☐ D ☑ E/F ☐ G |
| 2._9_ | Doug Feigl | Doug Feigl 3322 Shorecrest Drive Suite 210 Dallas, TX 75235 | Fairlane Fixed Income Fu | ☐ D ☑ E/F ☐ G |
| 2._10_ | Leeman Stiles | Leeman Stiles 212 Birdcall Lane Argyle, TX 76226 | Entrust Retirement Servic | ☐ D ☑ E/F ☐ G |
| 2._11_ | Doug Feigl | Doug Feigl 3322 Shorecrest Drive Suite 210 Dallas, TX 75235 | Entrust Retirement Servic | ☐ D ☑ E/F ☐ G |
| 2._12_ | Leeman Stiles | Leeman Stiles 212 Birdcall Lane Argyle, TX 76226 | Carr Family Revocable Tr | ☐ D ☑ E/F ☐ G |
| 2._13_ | Doug Feigl | Doug Feigl 3322 Shorecrest Drive Suite 210 Dallas, TX 75235 | Carr Family Revocable Tr | ☐ D ☑ E/F ☐ G |
| 2._14_ | Leeman Stiles | Leeman Stiles 212 Birdcall Lane Argyle, TX 76226 | Autozone | ☐ D ☑ E/F ☐ G |

# Schedule A/B Part 7, Question 39 Attachment

| Description | Replacement Cost | Quantity | Total Price |
|---|---|---|---|
| Office | | | |
| Desk - Wooden | 160 | 7 | 1120 |
| Desk - Wooden L Shape | 250 | 2 | 500 |
| Desk - Cubicle Style - L Shape | 299 | 1 | 299 |
| Desk - Cubicle Style Straight w/divider | 299 | 2 | 598 |
| Chairs - Desk Chairs | 40 | 12 | 480 |
| Chairs - Office | 20 | 18 | 360 |
| Filing Cabinets - Fire King | 500 | 4 | 2000 |
| Filing Cabinets - 5 drawer Stand Up | 100 | 5 | 500 |
| Filing Cabinets - 2 Draw Regular | 30 | 3 | 90 |
| Filing Cabinets -  2 Drawer Legal | 50 | 3 | 150 |
| Bookcase - 2 Shelf | 20 | 1 | 20 |
| Bookcase - 5 Shelf | 80 | 1 | 80 |
| Printer Stands | 20 | 4 | 80 |
| Monitors - k242 hl | 59.99 | 2 | 119.98 |
| Monitors - AOC 24 | 59.99 | 7 | 419.93 |
| Monitors - HP 24 | 69.99 | 4 | 279.96 |
| Monitors - x229w | 59.99 | 1 | 59.99 |
| Monitors - Accusync AS 241w | 59.99 | 1 | 59.99 |
| Monitors - HP 22 cwa | 37.98 | 1 | 37.98 |
| Monitors - Acers | 53.99 | 4 | 215.96 |
| Monitors - Dell | 65.98 | 1 | 65.98 |
| Monitors - Samsung | 44.98 | 1 | 44.98 |
| Computers - Dell Tower I3 | 115.99 | 8 | 927.92 |
| Computers - HP Compaq | 69.99 | 11 | 769.89 |
| Computers - HP Compaq All In One | 124.95 | 2 | 249.9 |
| Computers - Dell | 74.99 | 1 | 74.99 |
| Surge Protector 8 plug | 24.99 | 4 | 99.96 |
| Keyboards | 4 | 15 | 60 |
| Mouse | 3 | 19 | 57 |
| Printers - Canon 1320 | 249.99 | 3 | 749.97 |
| Printers - HP MFP M177fw | 249.99 | 3 | 749.97 |
| Printer - HP 1536 | 198.99 | 1 | 198.99 |
| Printer - Brother 5850 | 319.99 | 1 | 319.99 |
| Printer - MX 2830 | 2294.44 | 1 | 2294.44 |
| TV - Insigna 39 | 149 | 1 | 149 |
| Credenza - Wooden | 85 | 3 | 255 |
| Shelves - Industrial Metal | 81.95 | 3 | 245.85 |
| Bullentin Board - Glass w/metal case | 20 | 3 | 60 |
| Leather Love Seat | 250 | 1 | 250 |
| Outside 3 x 7 Cabinet Signs | 2000 | 2 | 4000 |
| TOTAL | | | 19094.62 |

# Schedule A/B Part 8, Question 47 Attachment

| Vin | Year | Make | Model | Odometer | Trim | NADA $ | Comments |
|-----|------|------|-------|----------|------|--------|----------|
| KNDJD733465646760 | 2006 | KIA | SORENTO | 156854 | LX SPORT UTILITY 4D | $1,150 | DENTS & DAMAGE |
| 1HGCM56105A081261 | 2005 | HONDA | ACCORD | 175256 | DX SEDAN 4D | $1,075 | DENTS & DAMAGE |
| 1G1PC5SBXE7117335 | 2014 | CHEVROLET | CRUZE | 145000 | 1LT SEDAN 4D | $500 | MOTORS BLOWN |
| KL8CB6SA5HC758788 | 2017 | CHEVROLET | SPARK | 22804 | LS HATCHBACK 4D | $8,450 | Floored with Westlake |
| 2GNALBEKXD6157203 | 2013 | CHEVROLET | EQUINOX | 116373 | LS SPORT UTILITY 4D | $5,875 | Floored with Westlake |
| 1FADP3K27HL289973 | 2017 | FORD | FOCUS | 50880 | SE HATCHBACK 4D | $9,800 | Floored with Westlake |
| ML32F3FJ6KHF01493 | 2019 | MITSUBISHI | MIRAGE G4 | 10375 | ES SEDAN 4D | $10,150 | Floored with Westlake |
| KNAFX4A81F5319952 | 2015 | KIA | FORTE | 80321 | EX SEDAN 4D | $7,500 | Floored with Westlake |
| TOTAL | | | | | | $44,500 | |

# Schedule A/B Part 8, Question 50 Attachment

| Shop | | | |
|---|---|---|---|
| Car Lifts - 11,000 pound | 2170 | 1 | 2170 |
| Car Lifts - 9,000 pound | 1379 | 1 | 1379 |
| Car Lifts - Single Column mobile | 1599 | 1 | 1599 |
| Tool Carts - EOM | 78.59 | 4 | 314.36 |
| Fans - EOM | 89.95 | 4 | 359.8 |
| Transmission Jack - EOM | 161.99 | 1 | 161.99 |
| Tall Jack Stands | 74.28 | 2 | 148.56 |
| Branick 7600 Strut Spring Compressor | 599.96 | 1 | 599.96 |
| Shop Vac | 60 | 1 | 60 |
| Oil Pan Drain | 64.99 | 1 | 64.99 |
| Metal Work Bench | 549.99 | 1 | 549.99 |
| Engine Hoist - 2 ton | 159.99 | 3 | 479.97 |
| Battery Charger | 50 | 2 | 100 |
| Lawn Mower 20 in Yard Machine | 70 | 1 | 70 |
| Echo Leaf Blower Gas | 293.82 | 1 | 293.82 |
| Echo Weed Eater GT 225 Gas | 150 | 1 | 150 |
| Fire Extinguishers 456 10 CD | 138.49 | 9 | 1246.41 |
| Safe - Stand Up 2ft wide by 2 1/2 ft depth | 499 | 1 | 499 |
| Shop Heater - Model TS 170 Premier 170 | 1669.23 | 1 | 1669.23 |
| Shop Stool | 29.36 | 2 | 58.72 |
| TOTAL | | | 11974.8 |

# Schedule A/B Part 11, Question 71 Attachment

| First Name | Last Name | Stock # | Freq | Gross | Principal | Days Due | Last Paid | Next Due |
|---|---|---|---|---|---|---|---|---|
| LEVARRIUS | ADKISON | 65218AA | MONTHLY | $10,782.22 | $7,532.85 | 35 | 08/20/2016 | 09/23/2019 |
| JIMMIE | ANDERSON | 69420 | MONTHLY | $10,170.51 | $7,584.72 | 25 | 09/26/2019 | 10/03/2019 |
| LEONARD | ANDERSON | 70697 | MONTHLY | $7,658.00 | $7,658.00 | 0 | 08/30/2019 | 11/01/2019 |
| JACQUELINE | ARNOLD | 63867A | BI-WEEKLY | $453.15 | $453.15 | 3 | 10/12/2019 | 10/25/2019 |
| ORAN | ASHINHURST | 70725 | WEEKLY | $6,800.76 | $5,482.78 | 1 | 09/30/2019 | 10/27/2019 |
| SHERI | AUSTIN | 69810 | MONTHLY | $12,021.82 | $8,610.14 | 0 | 10/05/2019 | 11/01/2019 |
| MANDY | AUTREY | 70425 | MONTHLY | $10,656.03 | $7,402.54 | 0 | 10/02/2019 | 11/22/2019 |
| ROBIN | BAGNERIS | 70407A | BI-WEEKLY | $7,565.86 | $5,921.03 | 10 | 10/24/2019 | 10/18/2019 |
| RACHEL | BAILEY | 63617 | BI-WEEKLY | $1,970.49 | $1,871.20 | 0 | 10/21/2019 | 11/03/2019 |
| DANUIEL | BANKS | 65473A | WEEKLY | $3,834.10 | $3,243.41 | 36 | 08/22/2019 | 09/22/2019 |
| RONNIE | BARNES | 69730A | BI-WEEKLY | $11,639.33 | $8,447.48 | 36 | 10/22/2019 | 09/22/2019 |
| MALCOLM | BEASLEY | 70670 | MONTHLY | $12,406.81 | $8,293.25 | 27 | 10/03/2019 | 10/01/2019 |
| DENNIS | BENSON | 69497 | MONTHLY | $9,531.70 | $7,332.56 | 55 | 08/22/2019 | 09/03/2019 |
| LARRY | BONNER | 69207 | MONTHLY | $9,191.67 | $9,191.67 | 0 | 10/03/2019 | 11/03/2019 |
| NIKITA | BROCK | 70386A | MONTHLY | $7,808.20 | $5,933.01 | 6 | 09/16/2019 | 10/22/2019 |
| LOIS BERRY | BROWN | 69826 | MONTHLY | $12,150.22 | $8,805.00 | 55 | 08/22/2019 | 09/03/2019 |
| TYRON | BROWN-CHILDRESS | 70481 | MONTHLY | $17,826.16 | $10,254.45 | 57 | 08/22/2019 | 09/01/2019 |
| DWAYNE | BURGAN | 64618 | BI-WEEKLY | $4,675.17 | $4,155.11 | 8 | 10/19/2019 | 10/20/2019 |
| DOROTHY | BUSBY | 70480 | MONTHLY | $11,499.44 | $8,233.27 | 0 | 10/18/2019 | 11/22/2019 |
| JAMES | CAMP | 69318 | BI-WEEKLY | $1,033.99 | $1,033.99 | 0 | 09/25/2019 | 11/28/2019 |
| JOHNNY | CARPENTER | 70397 | MONTHLY | $17,288.58 | $10,127.72 | 56 | 08/24/2019 | 09/02/2019 |
| CHARLES | CASE | 70274 | MONTHLY | $9,995.01 | $6,900.00 | 0 | 08/29/2019 | 12/01/2019 |
| MARLON | CASTILE | 70676 | BI-WEEKLY | $7,904.23 | $5,834.66 | 0 | 10/19/2019 | 11/17/2019 |
| AUDELIA | CHAPPEL | 69802 | SEMI-MONTHLY | $10,175.65 | $7,671.57 | 36 | 08/22/2019 | 09/22/2019 |
| ROBERT | CLARK | 70152 | BI-WEEKLY | $7,037.57 | $5,881.41 | 22 | 09/23/2019 | 10/06/2019 |
| MARY | COLEMAN | 69415 | MONTHLY | $12,122.82 | $8,081.78 | 0 | 10/02/2019 | 11/06/2019 |
| GWENDOLYN | COLLIER | 70645 | MONTHLY | $6,856.07 | $5,795.02 | 55 | 08/22/2019 | 09/03/2019 |
| LZ | COLLINS | 69934A | WEEKLY | $6,200.96 | $5,080.47 | 15 | 09/06/2019 | 10/13/2019 |
| KIMMETHA | COOKS | 70200 | SEMI-MONTHLY | $9,995.00 | $9,995.00 | 3 | 10/15/2019 | 10/25/2019 |
| DEVNA | CULPEPPER | 68602R | MONTHLY | $8,022.27 | $6,074.11 | 55 | 09/03/2019 | 09/03/2019 |
| JAMES | CURTICE | 20003 | MONTHLY | $5,121.78 | $3,999.24 | 25 | 08/14/2019 | 10/03/2019 |
| PEDRO | DAMIN | 69815 | WEEKLY | $8,008.43 | $6,627.06 | 1 | 10/12/2019 | 10/27/2019 |
| JAMES | DANIELS | 70683 | WEEKLY | $9,736.69 | $7,028.32 | 36 | 08/22/2019 | 09/22/2019 |

# Schedule A/B Part 11, Question 71 Attachment

| LAURAN | DAVIS | 69603 | MONTHLY | $11,362.55 | $8,095.93 | 0 | 10/07/2019 | 11/03/2019 |
|--------|-------|-------|---------|------------|-----------|---|------------|------------|
| MELINDA | DELAROSA | 70015 | MONTHLY | $8,914.87 | $7,510.22 | 55 | 09/09/2019 | 09/03/2019 |
| MAE ETTA | DERRICK | 688227R | MONTHLY | $4,523.44 | $4,523.44 | 42 | 09/16/2019 | 09/16/2019 |
| QISHYOWN | DICKERSON | 70332 | WEEKLY | $6,314.44 | $5,412.41 | 0 | 10/26/2019 | 11/03/2019 |
| ANTONETTE | DOSS | 70272 | BI-WEEKLY | $12,153.87 | $9,195.42 | 28 | 09/16/2019 | 09/30/2019 |
| PRINCESS | DURHAM | 69491A | MONTHLY | $6,876.38 | $6,876.38 | 0 | 09/28/2019 | 11/08/2019 |
| BOB | EATMON | 67147A | MONTHLY | $6,740.18 | $5,351.40 | 0 | 10/14/2019 | 11/22/2019 |
| CHRISTOPHER | ELLISON | 70339A | WEEKLY | $9,489.76 | $6,969.98 | 8 | 09/09/2019 | 10/20/2019 |
| ADREANNA | FONTECCHIO | 70597 | BI-WEEKLY | $9,595.88 | $7,469.45 | 36 | 08/22/2019 | 09/22/2019 |
| LAQUASON | FRANKLIN | 70419 | BI-WEEKLY | $12,176.89 | $8,372.91 | 0 | 10/11/2019 | 11/03/2019 |
| AJANI | FRANKLIN-ALBERO | 69795 | MONTHLY | $14,372.79 | $10,217.23 | 24 | 10/07/2019 | 10/04/2019 |
| LAKESHA | FRAZIER | 66802AA | BI-WEEKLY | $8,949.37 | $6,729.34 | 8 | 09/03/2019 | 10/20/2019 |
| BOBBY | FULCE | 62647A | MONTHLY | $4,277.49 | $3,634.42 | 24 | 10/08/2019 | 10/04/2019 |
| DADREA | GADBERRY | 69611A | BI-WEEKLY | $14,082.66 | $9,097.00 | 36 | 08/22/2019 | 09/22/2019 |
| ELIZABETH | GEE | 70688 | MONTHLY | $12,310.79 | $8,170.05 | 0 | 10/01/2019 | 11/01/2019 |
| CAMBRESHIA | GREEN | 70238 | MONTHLY | $10,048.34 | $7,896.81 | 55 | 08/23/2019 | 09/03/2019 |
| PHILDREKA | GREEN | 70562 | MONTHLY | $14,117.92 | $8,977.97 | 30 | 09/27/2019 | 09/28/2019 |
| KIMBLEY | GREEN | 70453 | MONTHLY | $11,049.68 | $7,569.55 | 57 | 09/27/2019 | 09/01/2019 |
| ADRIENE | GREENE | 66487R | SEMI-MONTHLY | $12,521.47 | $9,195.25 | 27 | 09/16/2019 | 10/01/2019 |
| LEONARD | HARDING | 70301 | BI-WEEKLY | $8,609.26 | $6,430.77 | 36 | 08/22/2019 | 09/22/2019 |
| KIMDRAYA | HARPER | 69594 | MONTHLY | $9,746.80 | $7,588.79 | 12 | 09/16/2019 | 10/16/2019 |
| BOBBY | HARRIS | 68606A | WEEKLY | $3,936.28 | $3,561.27 | 0 | 10/19/2019 | 11/24/2019 |
| SHEILA | HIGGINS | 70563 | MONTHLY | $7,987.27 | $6,000.00 | 0 | 10/10/2019 | 11/10/2019 |
| DIAMANTE | HILL | 67906A | BI-WEEKLY | $1,226.58 | $1,149.19 | 36 | 08/22/2019 | 09/22/2019 |
| BRITNEY | HOPKINS | 70658 | MONTHLY | $9,665.04 | $6,911.64 | 0 | 10/01/2019 | 12/03/2019 |
| TOMMERALS | HUGHES | 69227A | SEMI-MONTHLY | $11,603.26 | $7,892.06 | 6 | 09/27/2019 | 10/22/2019 |
| SHEMEKA | IFEKOYA | 63395A | MONTHLY | $5,423.18 | $4,419.68 | 36 | 08/22/2019 | 09/22/2019 |
| CATRICE | JACKSON | 63931A | MONTHLY | $1,928.85 | $1,776.70 | 35 | 10/04/2019 | 09/23/2019 |
| LONNIE | JACKSON | 67427RA | MONTHLY | $7,600.28 | $5,864.75 | 25 | 10/05/2019 | 10/03/2019 |
| FELICIA | JACKSON | 66197RA | BI-WEEKLY | $2,445.58 | $2,246.15 | 8 | 09/09/2019 | 10/20/2019 |
| KIMBERLY | JACKSON | 70560A | WEEKLY | $13,479.20 | $8,444.34 | 22 | 10/04/2019 | 10/06/2019 |
| DUANE | JANNSON | 70485 | BI-WEEKLY | $9,422.13 | $6,967.63 | 8 | 09/04/2019 | 10/20/2019 |
| WALTER | JENKINS | 67936 | WEEKLY | $3,873.61 | $3,522.83 | 25 | 10/04/2019 | 10/03/2019 |
| WILFRED | JOHNSON | 67344RA | MONTHLY | $9,775.35 | $6,983.54 | 55 | 10/03/2019 | 09/03/2019 |

# Schedule A/B Part 11, Question 71 Attachment

| LORI | JOHNSON | 70389 | WEEKLY | $11,112.73 | $7,895.25 | 8 | 10/03/2019 | 10/20/2019 |
|------|---------|-------|--------|-----------|-----------|---|-----------|-----------|
| LATONIA | JOHNSON | 70462 | WEEKLY | $8,842.81 | $8,090.29 | 1 | 10/19/2019 | 10/27/2019 |
| ASHLEY | JOHNSON | 70126A | WEEKLY | $12,442.41 | $8,514.82 | 8 | 10/22/2019 | 10/20/2019 |
| ASHLEY | JONES | 62728A | WEEKLY | $4,617.16 | $3,968.67 | 8 | 10/10/2019 | 10/20/2019 |
| BRANDON | JORDAN | 70110A | MONTHLY | $10,183.25 | $6,540.08 | 0 | 10/10/2019 | 11/22/2019 |
| ROSALIND | KEE | 69750A | BI-WEEKLY | $13,042.26 | $8,732.82 | 22 | 10/23/2019 | 10/06/2019 |
| BRENDA | KILSON | 69521A | SEMI-MONTHLY | $8,393.92 | $6,298.73 | 0 | 10/24/2019 | 11/07/2019 |
| SHONQUELL | KINCHEN | 70633 | BI-WEEKLY | $10,163.83 | $7,270.25 | 36 | 08/22/2019 | 09/22/2019 |
| LATANYA | KIRK | 70353 | SEMI-MONTHLY | $12,066.33 | $8,711.43 | 36 | 08/22/2019 | 09/22/2019 |
| ASZELL | LEONARD | 69395AA | BI-WEEKLY | $12,164.18 | $8,440.69 | 0 | 10/14/2019 | 11/11/2019 |
| RYAN | LORIMER | 69631 | WEEKLY | $7,902.04 | $7,887.04 | 36 | 08/22/2019 | 09/22/2019 |
| CHAOUITHA | MAYES | 70543 | SEMI-MONTHLY | $11,889.90 | $7,913.79 | 36 | 08/22/2019 | 09/22/2019 |
| GREGORY | MCGILL | 66493R | BI-WEEKLY | $3,877.76 | $3,505.08 | 8 | 08/23/2019 | 10/20/2019 |
| THELMA | MCWRIGHT | 69027 | MONTHLY | $9,288.43 | $9,288.43 | 0 | 10/01/2019 | 11/03/2019 |
| LAQUITA | MELTON | 68014R | BI-WEEKLY | $5,589.28 | $5,589.28 | 0 | 10/07/2019 | 11/08/2019 |
| LAVONTE, | MILLER | 69945 | WEEKLY | $12,619.87 | $9,177.82 | 36 | 08/22/2019 | 09/22/2019 |
| VALERIA | MORENO | 67366R | BI-WEEKLY | $9,053.12 | $7,390.08 | 8 | 10/28/2019 | 10/20/2019 |
| ERICA | NEWMAN | 70050 | BI-WEEKLY | $7,632.36 | $6,457.34 | 22 | 08/24/2019 | 10/06/2019 |
| JONATHAN | OROSCO | 66790AA | BI-WEEKLY | $1,212.02 | $1,172.76 | 8 | 09/14/2019 | 10/20/2019 |
| JAMES | PARKS | 68888 | MONTHLY | $10,880.39 | $8,259.87 | 12 | 09/16/2019 | 10/16/2019 |
| GARY | PENNINGTON | 68693 | WEEKLY | $6,141.81 | $6,141.81 | 0 | 10/25/2019 | 11/02/2019 |
| KIM | PERRY | 70493 | WEEKLY | $7,767.15 | $6,453.98 | 0 | 10/28/2019 | 12/08/2019 |
| KIM | RADFORD | 70724 | WEEKLY | $9,082.74 | $6,494.46 | 45 | 10/17/2019 | 09/13/2019 |
| THERESA | REED | 69738A | MONTHLY | $12,605.44 | $8,292.33 | 0 | 10/04/2019 | 11/05/2019 |
| TIFFANY | REED | 69948A | MONTHLY | $6,296.85 | $5,002.29 | 27 | 10/01/2019 | 10/01/2019 |
| JAMES | ROBERSON | 69636AA | WEEKLY | $16,790.06 | $9,556.27 | 36 | 08/22/2019 | 09/22/2019 |
| GUADALUPE | RODRIGUEZ | 66749B | SEMI-MONTHLY | $2,529.32 | $2,297.70 | 0 | 10/04/2019 | 11/22/2019 |
| RONALD | ROGERS | 70572 | MONTHLY | $4,995.00 | $4,995.00 | 0 | 09/03/2019 | 12/03/2019 |
| LINDA | ROQUE | 69670A | MONTHLY | $6,368.93 | $5,058.71 | 53 | 09/05/2019 | 09/05/2019 |
| ERIC | RUSSELL | 70722 | WEEKLY | $10,346.98 | $7,452.12 | 22 | 10/16/2019 | 10/06/2019 |
| LEEANDER | SALDANA | 64966AA | MONTHLY | $6,707.22 | $5,251.39 | 0 | 10/14/2019 | 11/07/2019 |
| LEEANDER | SALDANA | 66429RA | MONTHLY | $6,226.98 | $4,951.05 | 6 | 09/23/2019 | 10/22/2019 |
| PANGNHA | SAM | 70473 | BI-WEEKLY | $6,849.61 | $5,677.00 | 36 | 08/22/2019 | 09/22/2019 |
| LEAH | SIMON | 69950A | SEMI-MONTHLY | $7,014.26 | $7,014.26 | 0 | 10/15/2019 | 11/01/2019 |

| YOLANDA | SIMPSON | 69127A | SEMI-MONTHLY | $8,044.35 | $6,072.26 | 6 | 10/21/2019 | 10/22/2019 |
|---|---|---|---|---|---|---|---|---|
| CEDRIC | SIMS | 70559A | SEMI-MONTHLY | $10,598.51 | $8,024.38 | 0 | 10/11/2019 | 11/07/2019 |
| HAROLD RAY | SKINNER | | MONTHLY | $10,951.31 | $7,536.11 | 12 | 09/16/2019 | 10/16/2019 |
| DIAN | SMITH | 70424A | MONTHLY | $15,911.22 | $9,605.75 | 0 | 10/12/2019 | 11/09/2019 |
| GRADY | SMITH | 70413A | MONTHLY | $10,974.33 | $7,580.75 | 55 | 09/12/2019 | 09/03/2019 |
| KRYSTYN | STALLWORTH | 70529 | WEEKLY | $11,165.14 | $7,997.83 | 0 | 10/14/2019 | 12/01/2019 |
| CURTIS | STEPHENS | 68808 | MONTHLY | $11,216.00 | $7,650.14 | 53 | 08/22/2019 | 09/05/2019 |
| KIMBERLY | STIDHAM | 70528 | MONTHLY | $8,987.74 | $6,558.92 | 36 | 08/23/2019 | 09/22/2019 |
| JOSEPH | SWEENEY | 70080 | WEEKLY | $4,077.58 | $3,675.08 | 0 | 09/16/2019 | 11/03/2019 |
| TARNESHA | TAYLOR | 70609A | WEEKLY | $7,417.92 | $5,884.72 | 8 | 09/16/2019 | 10/20/2019 |
| TENIQUA | THOMAS | 70602 | WEEKLY | $10,391.60 | $7,589.50 | 1 | 09/11/2019 | 10/27/2019 |
| DAYMOND | THOMAS | 70059A | MONTHLY | $22,763.00 | $11,720.83 | 0 | 08/22/2019 | 11/01/2019 |
| BRIAN | THOMAS | 69628A | BI-WEEKLY | $11,522.29 | $8,075.66 | 22 | 08/24/2019 | 10/06/2019 |
| JUAN | TORAN | 69259A | BI-WEEKLY | $7,995.00 | $7,995.00 | 2 | 08/23/2019 | 10/26/2019 |
| TIMOTHY | TORAN | 70603 | WEEKLY | $7,954.57 | $6,578.50 | 0 | 10/26/2019 | 11/10/2019 |
| CESAR | VALDEZ | 69592 | WEEKLY | $6,975.49 | $6,975.49 | 3 | 10/23/2019 | 10/25/2019 |
| JERRY GLEN | VAUGHAN | 62803 | SEMI-MONTHLY | $841.92 | $841.92 | 6 | 10/05/2019 | 10/22/2019 |
| GERALD | WAFER | 70599 | WEEKLY | $11,360.56 | $8,106.36 | 0 | 10/17/2019 | 11/17/2019 |
| CALVIN | WALKER | 70292 | WEEKLY | $8,766.86 | $6,934.21 | 36 | 08/22/2019 | 09/22/2019 |
| DEJAUN | WARD | 70365 | MONTHLY | $8,492.82 | $5,995.00 | 0 | 10/10/2019 | 11/04/2019 |
| RUBEN | WASHINGTON | 70352 | MONTHLY | $17,300.73 | $10,106.14 | 55 | 09/11/2019 | 09/03/2019 |
| DARRON | WEAVER | 69764A | WEEKLY | $4,945.65 | $4,202.81 | 15 | 09/11/2019 | 10/13/2019 |
| JAMES | WEDDINGTON | 69348A | MONTHLY | $8,112.30 | $8,112.30 | 0 | 10/09/2019 | 11/11/2019 |
| BYRON | WHITE | 68833A | MONTHLY | $3,874.69 | $3,328.39 | 36 | 08/22/2019 | 09/22/2019 |
| LOUIS | WILLIAMS | 69857AA | WEEKLY | $3,855.79 | $3,266.73 | 22 | 09/19/2019 | 10/06/2019 |
| NICHELLE | WILLIAMS | 70310 | MONTHLY | $14,280.00 | $8,967.39 | 53 | 08/22/2019 | 09/05/2019 |
| TONI | WILLIAMS | 70029A | BI-WEEKLY | $14,994.85 | $9,641.10 | 0 | 10/17/2019 | 11/03/2019 |
| SHATAWNE | WILLIAMS | 70012A | MONTHLY | $10,444.05 | $7,365.34 | 27 | 10/18/2019 | 10/01/2019 |
| SHANNON | WILLIAMS | 80001 | WEEKLY | $7,533.16 | $5,788.84 | 59 | 08/20/2019 | 08/30/2019 |
| ROY | WILLIS | 68787A | MONTHLY | $14,581.01 | $9,107.55 | 0 | 10/09/2019 | 11/06/2019 |
| PHILLIP | WILLIS | 68620 | WEEKLY | $6,777.04 | $5,613.60 | 36 | 08/22/2019 | 09/22/2019 |
| SANETRA LASHUN | WILSON | | BI-WEEKLY | $12,846.23 | $8,656.92 | 28 | 09/16/2019 | 09/30/2019 |
| KEVIN | WORD | 70637 | MONTHLY | $9,927.30 | $7,021.51 | 54 | 08/22/2019 | 09/04/2019 |
| JOE, | YOUNG | 70623 | MONTHLY | $5,164.19 | $4,255.30 | 28 | 09/03/2019 | 09/30/2019 |

# Schedule A/B Part 11, Question 71 Attachment

| ALEX | ZAMORA | 70195 | MONTHLY | $12,757.65 | $8,339.96 | 55 | 08/22/2019 | 09/03/2019 |
| TOTAL | | | | | $908,475.65 | | | |

Fill in this information to identify the case and this filing:

Debtor Name ___Safebuy, LLC_____

United States Bankruptcy Court for the: ___Northern District of Texas___

Case number (*If known*): _____19-33084-sgj_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/25/2019___        ✖ /s/ Leeman Stiles _____
              MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                        Leeman Stiles _____
                                        Printed name

                                        Managing Member _____
                                        Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**