**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 19-33084 SGJ Judge: STACEY G. JERNIGAN | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | SAFEBUY, LLC | Date Filed (f) or Converted (c): | 10/30/19 (c) |
| | | 341(a) Meeting Date: | 12/17/19 |
| For Period Ending: 01/31/23 | | Claims Bar Date: | 04/28/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. WELLS FARGO BANK | 0.00 | 8,511.14 | | 8,511.14 | FA |
| 2. ACCT. RECEIVABLE (u)  *RENT PROCEEDS FROM SANTOS MOTORS | 0.00 | 9,000.00 | | 36,000.00 | FA |
| 3. NOTES RECEIVABLE (u) | 0.00 | 118,642.56 | | 110,202.20 | FA |
| 4. refund of retainer balance to client (u) | 0.00 | 93.78 | | 93.78 | FA |
| 5. Funds held by former attorney for Debtor (u) | 0.00 | 405,000.00 | | 405,000.00 | FA |
| 6. preference settlements (u) | 0.00 | 564,219.96 | | 631,966.26 | 34,712.65 |
| 7. TAX REFUND (u) | 0.00 | 1,429.56 | | 1,429.56 | FA |
| TOTALS (Excluding Unknown Values) | $0.00 | $1,106,897.00 | | $1,193,202.94 | Gross Value of Remaining Assets $34,712.65 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TWO COMPLAINTS FILED TO RECOVER A FRAUDULENT TRANSFERS AND BOTH SETTLED, COURT APPROVED AND ORDER ENTERED. ESTATE RECEIVING MONTHLY PAYMENTS ON ONE SETTLEMENT FOR 35 MORE MONTHS. CLAIMS REVIEW IN PROCESS AND OBJECTIONS TO BE FILED, IF NECESSARY, ESTIMATED DATE OF CLOSING IS 08/31/2025.

Initial Projected Date of Final Report (TFR): 12/01/20      Current Projected Date of Final Report (TFR): 08/31/25

LFORM1

Ver: 22.07f